IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Draper, Barry K

Printed: 10/14/08

Case Number: 07 B 00556
Judge: Wedoff, Eugene R
Filed: 1/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 28, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,250.00 |  |
| Secured: |  | 14,708.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 1,041.05 |
| Other Funds: |  | 0.00 |
| Totals: | 18,250.00 | 18,250.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 2,500.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Harris Bank | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual Bank FA | Secured | 39,302.28 | 14,708.95 |
| 6. | HomeComings Financial Network | Secured | 9,663.80 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 590.05 | 0.00 |
| 8. | American Express Travel Relate | Unsecured | 67.25 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 12.54 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 58.88 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 1,191.00 | 0.00 |
| 12. | Custom Collection | Unsecured | 10.00 | 0.00 |
| 13. | Nicor Gas | Unsecured | 56.27 | 0.00 |
| 14. | RMI/MCSI | Unsecured | 65.00 | 0.00 |
| 15. | Capital One | Unsecured | 83.84 | 0.00 |
| 16. | Internal Revenue Service | Priority |  | No Claim Filed |
| 17. | Cbe Group | Unsecured |  | No Claim Filed |
| 18. | CBA | Unsecured |  | No Claim Filed |
| 19. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 20. | Household Bank (SB) N A | Unsecured |  | No Claim Filed |
| 21. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 22. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 23. | JNR | Unsecured |  | No Claim Filed |
| 24. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 25. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Draper, Barry K

Printed: 10/14/08

Case Number: 07 B 00556
Judge: Wedoff, Eugene R
Filed: 1/12/07

| | | | |
|---|---|---|---|
| 26. NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 27. RMI/MCSI | Unsecured | | No Claim Filed |
| 28. Verizon Wireless | Unsecured | | No Claim Filed |
| 29. United States Dept Of Education | Unsecured | | No Claim Filed |
| 30. Wellgroup Health Partners | Unsecured | | No Claim Filed |
| 31. RMI/MCSI | Unsecured | | No Claim Filed |

$ 53,600.91      $ 17,208.95

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 712.80 |
| 6.5% | 328.25 |

$ 1,041.05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____